AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Gex III, Walter J. | **2. Court or Organization**<br><br>USDC/MSSD | **3. Date of Report**<br><br>5/13/2011 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Senior District Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>2012 15th St.<br>Suite 572<br>Gulfport, MS 39501 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

**Gex III, Walter J.**

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | United States Courts/Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Whitney National Bank | Visa account | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel 7, Jackson Co., MS 9.1435% of 1/5 interest | | None | K | W | | | | | |
| 2. Parecl 8, Jackson Co., MS 9.1435% of 1/5 interest | | None | K | W | | | | | |
| 3. Paracel 4, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 4. Parcel 5, Hancock Co., MS 33.33 % interest | | None | K | W | | | | | |
| 5. Parcel 6, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 6. Parcel 7, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 7. Parcel 8, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 8. Parcel 9, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 9. Parcel 10, Hancock Co., MS 33.33 % interest | | None | K | W | | | | | |
| 10. Parcel 12, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 11. Parcel 13, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 12. Parcel 14, Hancock Co., MS 33.33% interest | A | Rent | K | W | | | | | |
| 13. Parcel 15, Hancock Co., MS 33.33% interest | | None | O | W | | | | | |
| 14. Parcel 16, Hancock Co., MS 33.33% interest | | None | K | W | | | | | |
| 15. Parcel 17, Hancock Co., MS 25% interest | | None | K | W | | | | | |
| 16. Parcel 18, Hancock Co.,, MS 25% interest | | None | K | W | | | | | |
| 17. Adams Co., MS .29250% mineral interest | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Parcel 1, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 19. Parcel 2, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 20. Parcel 3, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 21. Parcel 4, Forrest Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 22. Parcel 1, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 23. Parcel 2, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 24. Parcel 3, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 25. Parcel 4, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 26. Parcel 5, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 27. Parcel 6, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 28. Parcel 7, George Co., MS - less than 5% mineral interest | | None | J | W | | | | | |
| 29. Parcel 1, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 30. Parcel 2, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 31. Parcel 3, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 32. Parcel 4, Greene Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 33. Parcel 1, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 34. Parcel 2, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code I<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Parcel 3, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 36. Parcel 4, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 37. Parcel 5, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 38. Parcel 6, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 39. Parcel 7, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 40. Parcel 8, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 41. Parcel 9, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 42. Parcel 10, Hancock Co., MS 25% mineral interest | A | Royalty | J | W | | | | | |
| 43. Parcel 1, Harrison Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 44. Parcel 2, Harrison Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 45. Parcel 1, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 46. Parcel 2, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 47. Parcel 3, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 48. Parcel 4, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 49. Parcel 5, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 50. Parcel 6, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 51. Parcel 7, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D1) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Parcel 8, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 53. Parcel 9, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 54. Parcel 10, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 55. Parcel 11, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 56. Parcel 12, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 57. Parcel 13, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 58. Parcel 14, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 59. Parcel 15, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 60. Parcel 16, Jackson Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 61. Parcel 1, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 62. Parcel 2, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 63. Parcel 3, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 64. Parcel 4, Lamar Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 65. Marion Co., MS 9.1435% mineral interest | A | Royalty | J | W | | | | | |
| 66. Parcel 1, Pearl River Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 67. Parcel 2, Pearl River Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 68. Parcel 3, Pearl River Co., MS 9.1435% mineral interest | | None | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50.000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5.000.000 | H2 =More than $5,000.000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100.001 - $250.000 | |
| (See Columns C1 and D3) | N =$250.001 - $500,000 | O =$500.001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000.001 - $25,000,000 | |
| | P3 =$25.000.001 - $50.000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Parcel 1, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 70. Parcel 2, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 71. Parcel 3, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 72. Parcel 4, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 73. Parcel 5, Perry Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 74. Parcel 1, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 75. Parcel 2, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 76. Parcel 3, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 77. Parcel 4, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 78. Parcel 5, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 79. Parcel 6, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 80. Parcel 7, Stone Co., MS 9.1435% mineral interest | | None | J | W | | | | | |
| 81. Longleaf Partners Fund (IRA) | C | Distribution | K | T | | | | | |
| 82. Longleaf Partners Fund (IRA) | | None | K | T | | | | | |
| 83. Superconductor Technologies (IRA) | | None | J | T | | | | | |
| 84. Shady Acres Partnership | | None | J | W | | | | | |
| 85. Gulf Coast Partners, LTD | | None | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Whitney Nat'l Bank, Gulfport, MS | A | Dividend | | | Sold | 01/20/10 | K | D | |
| 87. Paul Milam Development, Inc. | | None | J | W | | | | | |
| 88. Rex Land, Inc. | | None | K | W | | | | | |
| 89. Tri-County Hunting & Fishing Club | | None | M | W | | | | | |
| 90. Adam | | None | J | T | | | | | |
| 91. Hancock Bank Holding Co. | A | Dividend | K | T | | | | | |
| 92. GBC Lands, LLC (Hancock Co. MS) | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gex III, Walter J. | 5/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Number 81: MCI WorldCom (formerly Skytel) was once listed in my IRA account. It has been a worthless stock for over a decade, and since Steifel Nicolaus' recent acquisition of UBS, my former brokerage firm, I have not noticed the stock listed in my IRA. As the stock has been dropped from my portfolio, I will no longer list this stock in future reports. The stock had no value, and I received no funds from the brokerage firm for this stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Walter J. Gex III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544